UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 19-mj-00279-KLM |
| 1. MARCO ANTONIO CORNEJO-CERECEDA, | ) | |
| 2. JESUS ALBERTO NAPOLES PONCE DE LEON, | ) | |
| 3. BALDEMAR EDUARDO ORTIZ DE LA FUENTE; AND | ) | |
| 4. ALFONSO ALEXIS MACIAS-ITURRALDE | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about December 10, 2019, in the State and District of Colorado, the defendant, **MARCO ANTONIO CORNEJO-CERECEDA**, violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy (21 U.S.C. § 841(a)(1), (b)(1)(B)(ii)(II)) |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute (Cocaine) |

On or about December 10, 2019, in the State and District of Colorado, the defendant, **JESUS ALBERTO NAPOLES PONCE DE LEON**, violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy (21 U.S.C. § 841(a)(1), (b)(1)(B)(ii)(II)) |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute (Cocaine) |

On or about December 10, 2019, in the State and District of Colorado, the defendant, **BALDEMAR EDUARDO ORTIZ DE LA FUENTE**, violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy (21 U.S.C. § 841(a)(1), (b)(1)(B)(ii)(II)) |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute (Cocaine) |
| 18 U.S.C. § 924(c)(1)(A)(i) | Possession of a firearm in furtherance of a drug trafficking offense |

On or about December 10, 2019, in the State and District of Colorado, the defendant, **ALFONSO ALEXIS MACIAS-ITURRALDE**, violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 846 | Conspiracy (21 U.S.C. § 841(a)(1), (b)(1)(B)(ii)(II)) |
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute (Cocaine) |
| 18 U.S.C. § 924(c)(1)(A)(i) | Possession of a firearm in furtherance of a drug trafficking offense |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

☒ Continued on attached sheet.

                 *s/Ryan P. Donahue*
                 *Complainant's signature*

                 Ryan P. Donahue, Special Agent, DEA
                 *Printed name and title*

Sworn to before me and: ☐ signed in my presence.
          ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **16 Dec 2019**

                 *Judge's signature*
                 Kristen L. Mix
City and state: Denver, Colorado      United States Magistrate Judge
                 *Printed name and title*