| | |
|---|---|
| <u>DEFENDANT 2</u>: | **JESUS ALBERTO NAPOLES PONCE DE LEON** |
| <u>YOB</u>: | **1990** |
| <u>COMPLAINT FILED?</u> | _____ Yes     \_\_\_X\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>OFFENSE(S)</u>: | **21 U.S.C. § 846**<br>Narcotics Conspiracy (21 U.S.C. § 841(a)(1),(b)(1)(B)(ii)(II)) – Possession with Intent to Distribute 500 grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine<br><br>**21 U.S.C. § 841(a)(1), (b)(1)(C)**<br>Possession with Intent to Distribute a Controlled Substance (Cocaine) |
| <u>LOCATION OF OFFENSE</u>: | Jefferson County, Colorado |
| <u>PENALTY</u>: | **21 U.S.C. § 846**<br>NLT 5 years and NMT 40 years imprisonment, NMT $5,000,000 fine, or both; NLT 4 years supervised release; and a $100 Special Assessment fee<br><br>**21 U.S.C. § 841(a)(1), (b)(1)(C)**<br>NMT 20 years imprisonment, NMT $1,000,000 fine, or both; NLT 3 years supervised release; and a $100 Special Assessment fee |
| <u>AGENT</u>: | Ryan P. Donahue<br>Special Agent, Drug Enforcement Administration |
| <u>AUTHORIZED BY</u>: | Conor A. Flanigan<br>Assistant United States Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

 X   five days or less \_\_\_\_\_ over five days

<u>THE GOVERNMENT</u>:

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.