| | |
|---|---|
| DEFENDANT 3: | **BALDEMAR EDUARDO ORTIZ DE LA FUENTE** |
| YOB: | **1989** |
| COMPLAINT FILED? | _____ Yes    \_\_\_X\_\_\_ No<br><br>If Yes, MAGISTRATE CASE NUMBER: _____ |
| OFFENSE(S): | **21 U.S.C. § 846**<br>Narcotics Conspiracy (21 U.S.C. § 841(a)(1),(b)(1)(B)(ii)(II)) – Possession with Intent to Distribute 500 grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine<br><br>**21 U.S.C. § 841(a)(1), (b)(1)(C)**<br>Possession with Intent to Distribute a Controlled Substance (Cocaine)<br><br>**18 U.S.C. 924(c)(1)(A)(i)**<br>Possession of a Firearm in Furtherance of a Drug Trafficking Crime |
| LOCATION OF OFFENSE: | Jefferson County, Colorado |
| PENALTY: | **21 U.S.C. § 846**<br>NLT 5 years and NMT 40 years imprisonment, NMT $5,000,000 fine, or both; NLT 4 years supervised release; and a $100 Special Assessment fee<br><br>**21 U.S.C. § 841(a)(1), (b)(1)(C)**<br>NMT 20 years imprisonment, NMT $1,000,000 fine, or both; NLT 3 years supervised release; and a $100 Special Assessment fee<br><br>**18 U.S.C. 924(c)(1)(A)(i)**<br>NLT 5 years and NMT life imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; and a $100 Special Assessment fee |
| AGENT: | Ryan P. Donahue<br>Special Agent, Drug Enforcement Administration |
| AUTHORIZED BY: | Conor A. Flanigan<br>Assistant United States Attorney |

ESTIMATED TIME OF TRIAL:

 X   five days or less  \_\_\_\_ over five days

THE GOVERNMENT:

 X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.